UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE: )
BELLAND, BRIAN A ) BANKRUPTCY CASE 07-13311
) Chapter 7
)
DEBTOR. )

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Dustin M. Roach, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee obtained a Judgment against the above Debtor on March 18, 2009, in the amount of $8,564.00.

3. The Debtor paid $200.00 against this Judgment.

4. After several proceedings Supplemental and further investigation, the Trustee has determined that this debt is uncollectible.

5. Notwithstanding, after diligent efforts, the Trustee cannot locate the Debtor.

6. The amounts collected by the Trustee are insufficient to justify a distribution to creditors, and that the amounts collected should be returned to the Debtor.

4. That the Trustee hereby gives notice that such amount of $200.06, payable to Brian Belland is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

/S/Dustin M. Roach, #6583-18
Chapter 7 Trustee

436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone:   (260) 424-8132
dmrtrustee@vgtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to: Brian Belland, 3838 N. Washington Road, Fort Wayne, Indiana 46804; R. David Boyer, II, 927 S. Harrison Street, Suite 200E, Fort Wayne, IN  46802.

/S/Dustin M. Roach, #6583-18
Dustin M. Roach, Chapter 7 Trustee